Gregory J. Kudasz *pro per*
3611 Mount Holly Huntersville RD STE 204
PMB 388
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org

RECEIVED
CHARLOTTE, N.C.

OCT - 1 2012

Clerk, U. S. Dist. Court
W. Dist. of N. C.

# UNITED STATES DISTRICT COURT

## for the

## WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| **Gregory J. Kudasz** <br> **d/b/a Irukandji USA,** <br>    Plaintiff, <br> vs. <br> **Vladislav Pavlov,** <br>    Defendant | Case No.: 3:12-cv-00625-GCM |

### SUMMONS RETURNED EXECUTED VIA CERTIFIED MAIL

Served at:     Dynadot Privacy

Address:       PO BOX 701

               San Mateo, CA 94401

Article number: 7012 1640 0002 4989 6955

Date of delivery according to USPS website is: September 25, 2012

Date:  September 28, 2012

Respectfully Submitted,

*[signature]*

Gregory J. Kudasz, appearing pro se
3611 Mount Holly Huntersville RD STE 204
PMB 388
Charlotte, NC 28216-8706
Telephone: (980) 522-8210
Fax: (866) 473-4583
E-Mail: greg@title11.org



Search USPS.com or Track P

# Track & Confirm

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| 70121640000249896955 | | Delivered | September 25, 2012, 2:16 pm | SAN MATEO, CA 94401 | Certified Mai |
| | | Notice Left | September 24, 2012, 9:57 am | SAN MATEO, CA 94401 | |
| | | Arrival at Unit | September 24, 2012, 3:22 am | SAN MATEO, CA 94402 | |

**Check on Another Item**

What's your label (or receipt) number?

[                                    ] [ Find ]

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

LADISLAU PAULO
C/O DYNADOT Privkey
PO BOX 701
SAN MATEO, CA 94401

## COMPLETE THIS SECTION ON DELIVERY

A. Signature
X (signature)  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): DAMON W   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)

7012 1640 0002 4989 6955

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540