IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV625-MU

| | |
|---|---|
| GREGORY J. KUDASZ, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| VLADISLAV PAVLOV, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

This matter is before the court upon its own motion. The Complaint was filed in this case on September 21, 2012 and summons was returned on October 1, 2012. Since that date, no activity has occurred in this case.

IT IS THEREFORE ORDERED that Plaintiff is hereby directed to show cause within fourteen (14) days of the date of entry of this Order why this case should not be dismissed for failure to prosecute. The Clerk is directed to send the Plaintiff, Gregory J. Kudasz, a copy of this Order by certified mail, return receipt requested.

Signed: September 29, 2015

Graham C. Mullen
United States District Judge