IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:12CV625-MU

| | | |
|---|---|---|
| GREGORY J. KUDASZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| VLADISLAV PAVLOV, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court upon its own motion. The Complaint was filed in this case on September 21, 2012 and summons was returned on October 1, 2012. Since that date, no activity has occurred in this case. On September 29, 2015, this Court entered an Order directing the Plaintiff to show cause within fourteen days of the date of entry of the Order why this case should not be dismissed for failure to prosecute. Plaintiff has failed to respond. Accordingly,

IT IS THEREFORE ORDERED that this case is hereby DISMISSED WITHOUT PREJUDICE.

Signed: October 30, 2015

Graham C. Mullen
United States District Judge